# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

============================

## ON MOTION FOR REHEARING

============================

## NO. 03-03-00740-CV

**Tom Dyke and Sibyl Dyke, Appellants**

**v.**

**Don Jackson and Velna Jackson d/b/a Prophet Investments, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. GN300334, HONORABLE C. W. DUNCAN, JR., JUDGE PRESIDING**

## S U P P L E M E N T A L   M E M O R A N D U M   O P I N I O N

We originally issued an opinion and judgment on August 10, 2005. While the cause was pending on rehearing, the parties filed a joint motion to dismiss, explaining that they have settled their dispute. Therefore, our original judgment issued August 10, 2005, is withdrawn and the judgment issued this date is substituted in its place. We grant the motion and dismiss the appeal, taxing costs to the party that incurred them.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Joint Motion

Filed:   March 3, 2006